Leila Narvid, Bar No. 229402
ln@paynefears.com
Matthew C. Lewis, Bar No.
Bar No. 274758
PAYNE & FEARS LLP
Attorneys at Law
1100 Glendon Avenue, Suite 1250
Los Angeles, California 90024
Telephone: (310) 689-1750
Facsimile: (310) 689-1755

Attorneys for Defendant
Space Exploration Technologies Corp.
dba SpaceX

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SEYMORE BURKE, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP. dba SPACE X, and DOES 1-10, inclusive,<br>　　　　　Defendants. | Case No. 2:19-cv-00445-CJC-PJW<br><br>**Second Stipulation To Extend Time To Respond To Complaint By Not More Than 30 Days (L.R. 8-3)**<br><br>**Complaint Served: 01/30/19**<br>**Original Response Date: 02/20/2019**<br>**First Extended Response Date: 03/06/2019**<br>**New Response Date: 03/20/2019**<br><br>Judge:　　Cormac J. Carney<br>Courtroom:　7C<br><br>Action Filed:　01/21/19<br>Trial Date:　　Not set |

　　　　Pursuant to Local Rule 8-3 of the Central District of California, Plaintiff Seymore Burke, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendant Space Exploration Technologies Corp. dba SpaceX ("Defendant") by and through its respective counsel, stipulate that Defendant shall

Case No. 2:19-cv-00445-CJC-PJW
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

have until and including March 20, 2019, in which to move, answer or otherwise plead to the operative complaint in the above action. Such stipulation shall not constitute a general appearance by Defendant, all rights being reserved. The filer attests that all parties have agreed to this stipulation.

Dated: February 25, 2019  LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: */s/ Adrian R. Bacon*
TODD M. FRIEDMAN
ADRIAN R. BACON
MEGHAN E. GEORGE
THOMAS E. WHEELER

Attorneys for Plaintiff Seymore Burke, individually and on behalf of all others similarly situated

Dated: February 25, 2019  PAYNE & FEARS LLP
Attorneys at Law

By: */s/ Leila Narvid*
LEILA NARVID
MATTHEW C. LEWIS

Attorneys for Defendant
Space Exploration Technologies Corp. dba SpaceX

# PROOF OF SERVICE

**Burke v. Space Exploration Technologies Corp., et al.**
**2:19-cv-00445-CJC-PJW**
**U.S. District Court (Central District), Western Division**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is 4 Park Plaza, Suite 1100, Irvine, CA 92618.

On February 25, 2019, I served true copies of the following document(s) described as **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS** on the interested parties in this action as follows:

| | |
|---|---|
| Todd M. Friedman, Esq.<br>Adrian R. Bacon, Esq.<br>Meghan E. George, Esq.<br>Thomas E. Wheeler, Esq.<br>LAW OFFICES OF TODD M. FRIEDMAN, P.C.<br>21550 Oxnard Street, Suite 780<br>Woodland Hills, CA 91367<br>Phone: (877) 206-4741<br>Fax: (866) 633-0228<br>Email:  tfriedman@toddflaw.com<br>            abacon@toddflaw.com<br>            mgeorge@toddflaw.com<br>            twheeler@toddflaw.com | *Attorneys for Plaintiff* |
| John R. Habashy, Esq.<br>Tiffany N. Buda, Esq.<br>Taryn E. Short, Esq.<br>LEXICON LAW, PC<br>633 W. 5th Street, 28th Floor<br>Los Angeles, CA 90071<br>Phone: (877) 529-5090<br>Fax: (888) 373-2107<br>Email:  john@lexiconlaw.com<br>            tiffany@lexiconlaw.com<br>            taryn@lexiconlaw.com | *Attorneys for Plaintiff* |

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Case No. 2:19-cv-00445-CJC-PJW
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

PAYNE & FEARS LLP
ATTORNEYS AT LAW
1100 GLENDON AVENUE, SUITE 1250
LOS ANGELES, CALIFORNIA 90024
(310) 689-1750

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office
2  of a member of the bar of this Court at whose direction the service was made.
3  Executed on February 25, 2019, at Irvine, California.

                                          */s/ Katherine Edwards*
                                          Katherine Edwards

4827-8013-0185.1

**PAYNE & FEARS LLP**
ATTORNEYS AT LAW
1100 GLENDON AVENUE, SUITE 1250
LOS ANGELES, CALIFORNIA 90024
(310) 689-1750

Case No. 2:19-cv-00445-CJC-PJW
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT