1   Leila Narvid, Bar No. 229402
    ln@paynefears.com
2   Matthew C. Lewis, Bar No. 274758
    mcl@paynefears.com
3   PAYNE & FEARS LLP
    Attorneys at Law
4   1100 Glendon Avenue, Suite 1250
    Los Angeles, California 90024
5   Telephone: (310) 689-1750
    Facsimile: (310) 689-1755
6
    Attorneys for Defendant
7   Space Exploration Technologies Corp.
    dba SpaceX
8

9

10

11              **UNITED STATES DISTRICT COURT**

12      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

13

14   SEYMORE BURKE, individually        Case No. 2:19-cv-00445-CJC-PJW
     and on behalf of all others similarly
15   situated,                          **JOINT STIPULATION TO
                                        EXTEND TIME TO RESPOND TO
16          Plaintiff,                  COMPLAINT**

17      v.                              Complaint Served: 01/30/19
                                        Original Response Date: 02/20/2019
18   SPACE EXPLORATION                  First Extended Response Date:
     TECHNOLOGIES CORP. dba             03/06/2019
19   SPACE X, and DOES 1-10,            Second Extended Response Date:
     inclusive,                         03/20/2019
20                                      Requested Response Date: 21 Days
            Defendants.                 from Date Plaintiff Files First Amended
21                                      Complaint

22                                      Judge:       Cormac J. Carney
                                        Courtroom:   7C
23
                                        Action Filed:  01/21/19
24                                      Trial Date:    Not set

25

26

27

28

PAYNE & FEARS LLP
ATTORNEYS AT LAW
1100 GLENDON AVENUE, SUITE 1250
LOS ANGELES, CALIFORNIA 90024
(310) 689-1750

Pursuant to Local Rule 7-1 and 8-3 of the Central District of California, Plaintiff Seymore Burke, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendant Space Exploration Technologies Corp. dba SpaceX ("Defendant") by and through its respective counsel, hereby stipulate as follows:

WHEREAS, pursuant to Civil Local Rule 8-3, the parties have previously stipulated to extend the responsive pleading deadline by less than thirty (30) days;

WHEREAS, Defendant's current deadline to respond to Plaintiff's Complaint is March 20, 2019;

WHEREAS, Defendant has indicated to Plaintiff Defendant's intention to seek to compel arbitration of Plaintiff's claims;

WHEREAS, the parties have been, and continue to be, in the process of meeting and conferring regarding the potential or early resolution of this case; and

WHEREAS, Plaintiff intends to file a First Amended Complaint to add a cause of action alleging a violation of California's unfair competition law; and

WHEREAS, the parties jointly respectfully request additional time to explore the possibility of early resolution without further need for Court intervention.

IT IS SO STIPULATED between the parties, by and through their counsel, as follows:

Upon approval of the Court, which the parties respectfully request, Plaintiff shall file his First Amended Complaint no later than ten (10) days after the date the

PAYNE & FEARS LLP
ATTORNEYS AT LAW
1100 GLENDON AVENUE, SUITE 1250
LOS ANGELES, CALIFORNIA 90024
(310) 689-1750

Court formally approves this Stipulation via Court Order; and Defendant shall have twenty-one (21) days from the date Plaintiff files his First Amended Complaint in which to move, answer or otherwise plead to the First Amended Complaint. Such stipulation shall not constitute a general appearance by Defendant, all rights being reserved. The filer attests that all parties have agreed to this stipulation.

Dated:  March 13, 2019

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: _____ /s/ Adrian R. Bacon _____
TODD M. FRIEDMAN
ADRIAN R. BACON
MEGHAN E. GEORGE
THOMAS E. WHEELER

Attorneys for Plaintiff Seymore Burke, individually and on behalf of all others similarly situated

Dated:  March 13, 2019

PAYNE & FEARS LLP
Attorneys at Law

By: _____ /s/ Leila Narvid _____
LEILA NARVID
MATTHEW C. LEWIS

Attorneys for Defendant
Space Exploration Technologies Corp. dba SpaceX

PAYNE & FEARS LLP
ATTORNEYS AT LAW
1100 GLENDON AVENUE, SUITE 1250
LOS ANGELES, CALIFORNIA 90024
(310) 689-1750

-3-
Case No. 2:19-cv-00445-CJC-PJW
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

**PAYNE & FEARS LLP**
ATTORNEYS AT LAW
1100 GLENDON AVENUE, SUITE 1250
LOS ANGELES, CALIFORNIA 90024
(310) 689-1750

# PROOF OF SERVICE

**Burke v. Space Exploration Technologies Corp., et al.**
**2:19-cv-00445-CJC-PJW**
**U.S. District Court (Central District), Western Division**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is 4 Park Plaza, Suite 1100, Irvine, CA 92618.

On March 13, 2019, I served true copies of the following document(s) described as **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** on the interested parties in this action as follows:

Todd M. Friedman, Esq.                                    *Attorneys for Plaintiff*
Adrian R. Bacon, Esq.
Meghan E. George, Esq.
Thomas E. Wheeler, Esq.
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Phone: (877) 206-4741
Fax: (866) 633-0228
Email:  tfriedman@toddflaw.com
        abacon@toddflaw.com
        mgeorge@toddflaw.com
        twheeler@toddflaw.com

John R. Habashy, Esq.                                    *Attorneys for Plaintiff*
Tiffany N. Buda, Esq.
Taryn E. Short, Esq.
LEXICON LAW, PC
633 W. 5th Street, 28th Floor
Los Angeles, CA 90071
Phone: (877) 529-5090
Fax: (888) 373-2107
Email:  john@lexiconlaw.com
        tiffany@lexiconlaw.com
        taryn@lexiconlaw.com

☒  **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Case No. 2:19-cv-00445-CJC-PJW
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

2

3

      Executed on March 13, 2019, at Irvine, California.

4

5

                */s/ Katherine Edwards*

6

                Katherine Edwards

7

4847-1517-1466.1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PAYNE & FEARS LLP
ATTORNEYS AT LAW
1100 GLENDON AVENUE, SUITE 1250
LOS ANGELES, CALIFORNIA 90024
(310) 689-1750