Leila Narvid, Bar No. 229402
ln@paynefears.com
Matthew C. Lewis, Bar No. 274758
mcl@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
1100 Glendon Avenue, Suite 1250
Los Angeles, California 90024
Telephone: (310) 689-1750
Facsimile: (310) 689-1755

Attorneys for Defendant
Space Exploration Technologies Corp.
dba SpaceX

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SEYMORE BURKE, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP. dba SPACE X, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:19-cv-00445-CJC-PJW<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge:　　　　Cormac J. Carney<br>Courtroom:　　7C<br><br>Action Filed:　01/21/19<br>Trial Date:　　Not set |

1  Having considered the parties' joint stipulation for an extension of time for
2  Defendant to respond to Plaintiff's Complaint:

4  The Court hereby GRANTS the joint stipulation to extend time to respond to
5  Plaintiff's Complaint.  Accordingly, Plaintiff shall file his First Amended Complaint
6  by ten (10) days from the date of this Order; and Defendant shall have twenty-one
7  (21) days from the date Plaintiff files his First Amended Complaint in which to
8  move, answer or otherwise plead to the First Amended Complaint.

10  Dated: March __, 2019

_____
Hon. Cormac J. Carney
U.S. District Court Judge

PAYNE & FEARS LLP
ATTORNEYS AT LAW
1100 GLENDON AVENUE, SUITE 1250
LOS ANGELES, CALIFORNIA 90024
(310) 689-1750

-2- Case No. 2:19-cv-00445-CJC-PJW
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT