# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SEYMORE BURKE, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP. dba SPACE X, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:19-cv-00445-CJC-PJW<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge:　　　Cormac J. Carney<br>Courtroom:　7C<br><br>Action Filed:　01/21/19<br>Trial Date:　　Not set |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
1100 GLENDON AVENUE, SUITE 1250
LOS ANGELES, CALIFORNIA 90024
(310) 689-1750

Having considered the parties' joint stipulation for an extension of time for Defendant to respond to Plaintiff's Complaint:

The Court hereby GRANTS the joint stipulation to extend time to respond to Plaintiff's Complaint. Accordingly, Plaintiff shall file his First Amended Complaint by ten (10) days from the date of this Order; and Defendant shall have twenty-one (21) days from the date Plaintiff files his First Amended Complaint in which to move, answer or otherwise plead to the First Amended Complaint.

Dated: March 14, 2019

*(signature)*
Hon. Cormac J. Carney
U.S. District Court Judge