1  Leila Narvid, Bar No. 229402
   ln@paynefears.com
2  Matthew C. Lewis, Bar No. 274758
   mcl@paynefears.com
3  PAYNE & FEARS LLP
   Attorneys at Law
4  400 Continental Boulevard, Suite 600
   El Segundo, California 90245
5  Telephone: (310) 689-1750
   Facsimile: (310) 689-1755
6
   Attorneys for Defendant
7  Space Exploration Technologies Corp.
   dba SpaceX
8
   Todd M. Friedman, Esq.
9  tfriedman@toddflaw.com
   Adrian R. Bacon, Esq.
10 abacon@toddflaw.com
   LAW OFFICES OF TODD M. FRIEDMAN, P.C.
11 21550 Oxnard Street, Suite 780
   Woodland Hills, California 91367
12 Phone: (877) 206-4741
   Fax: (866) 633-0228
13
   Attorneys for Plaintiff
14 Seymore Burke, individually and on
   behalf of all others similarly situated
15

16            **UNITED STATES DISTRICT COURT**

17    **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| 18 SEYMORE BURKE, individually and on behalf of all others similarly situated, | Case No. 2:19-cv-00445-CJC-PJW |
| 19 | **STIPULATION TO DISMISS COMPLAINT** |
| 20      Plaintiff, | |
| 21      v. | Judge:      Cormac J. Carney |
| 22 SPACE EXPLORATION TECHNOLOGIES CORP. dba | Courtroom:  7C |
| 23 SPACE X, and DOES 1-10, inclusive, | Action Filed:  01/21/19 |
| 24 | Trial Date:    Not set |
| 25      Defendants. | |

26

27

28

PAYNE & FEARS LLP
ATTORNEYS AT LAW
400 CONTINENTAL BOULEVARD, SUITE 600
EL SEGUNDO, CALIFORNIA 90245
(310) 689-1750

1      Plaintiff Seymour Burke ("Plaintiff," erroneously named in his Complaint as

2 "Seymore Burke") and Defendant Space Exploration Technologies Corp.

3 ("Defendant") (collectively, the "Parties"), acting through counsel, and pursuant to

4 Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of

5 a negotiated settlement executed by them, (i) to the dismissal of this action with

6 prejudice as to all claims alleged by Plaintiff on his own behalf; and (ii) as no class

7 has been certified, to the dismissal without prejudice as to any claims alleged by

8 Plaintiff on behalf of those similarly situated.  The Parties shall bear their own

9 attorney's fees and costs in connection with this action.

10

11      It is so stipulated.

12

13 Dated:  April 5, 2019        LAW OFFICES OF TODD M. FRIEDMAN, P.C.

14                  By:         */s/ Adrian R. Bacon*

15                       TODD M. FRIEDMAN

16                       ADRIAN R. BACON

                          MEGHAN E. GEORGE

17                       THOMAS E. WHEELER

18                  Attorneys for Plaintiff

19                  Seymore Burke, individually and on
                  behalf of all others similarly situated

20

21 Dated:  April 5, 2019        LAW OFFICES OF TODD M. FRIEDMAN, P.C.

22                  By:         */s/ Leila Narvid*

23                       LEILA NARVID

24                       MATTHEW C. LEWIS

25                  Attorneys for Defendant

26                  Space Exploration Technologies Corp.
                  dba SpaceX

27

28 4810-5801-9728.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
400 CONTINENTAL BOULEVARD, SUITE 600
EL SEGUNDO, CALIFORNIA 90245
(310) 689-1750

|  | -2- | Case No. 2:19-cv-00445-CJC-PJW |
|---|---|---|
|  | STIPULATION TO DISMISS COMPLAINT | |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
400 CONTINENTAL BOULEVARD, SUITE 600
EL SEGUNDO, CALIFORNIA 90245
(310) 689-1750

## PROOF OF SERVICE

**Burke v. Space Exploration Technologies Corp., et al.**
**2:19-cv-00445-CJC-PJW**
**U.S. District Court (Central District), Western Division**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of San Francisco, State of California.  My business address is 235 Pine Street, Suite 1175, San Francisco, CA 94104.

On April 5, 2019, I served true copies of the following document(s) described as **STIPULATION TO DISMISS COMPLAINT; [PROPOSED] ORDER APPROVING STIPULATION TO DISMISS COMPLAINT** on the interested parties in this action as follows:

| | |
|---|---|
| Todd M. Friedman, Esq.<br>Adrian R. Bacon, Esq.<br>Meghan E. George, Esq.<br>Thomas E. Wheeler, Esq.<br>LAW OFFICES OF TODD M. FRIEDMAN, P.C.<br>21550 Oxnard Street, Suite 780<br>Woodland Hills, CA 91367<br>Phone: (877) 206-4741<br>Fax: (866) 633-0228<br>Email:  tfriedman@toddflaw.com<br>    abacon@toddflaw.com<br>    mgeorge@toddflaw.com<br>    twheeler@toddflaw.com | *Attorneys for Plaintiff* |
| John R. Habashy, Esq.<br>Tiffany N. Buda, Esq.<br>Taryn E. Short, Esq.<br>LEXICON LAW, PC<br>633 W. 5th Street, 28th Floor<br>Los Angeles, CA 90071<br>Phone: (877) 529-5090<br>Fax: (888) 373-2107<br>Email:  john@lexiconlaw.com<br>    tiffany@lexiconlaw.com<br>    taryn@lexiconlaw.com | *Attorneys for Plaintiff* |

☒  **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

| | | Case No. 2:19-cv-00445-CJC-PJW |
|---|---|---|
| | STIPULATION TO DISMISS COMPLAINT | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 5, 2019, at San Francisco, California.

/s/ Marcie Koyle
Marcie Koyle

PAYNE & FEARS LLP
ATTORNEYS AT LAW
400 CONTINENTAL BOULEVARD, SUITE 600
EL SEGUNDO, CALIFORNIA 90245
(310) 689-1750

Case No. 2:19-cv-00445-CJC-PJW

STIPULATION TO DISMISS COMPLAINT