Leila Narvid, Bar No. 229402
ln@paynefears.com
Matthew C. Lewis, Bar No. 274758
mcl@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
400 Continental Boulevard, Suite 600
El Segundo, California 90245
Telephone: (310) 689-1750
Facsimile: (310) 689-1755

Attorneys for Defendant
Space Exploration Technologies Corp.
dba SpaceX

Todd M. Friedman, Esq.
tfriedman@toddflaw.com
Adrian R. Bacon, Esq.
abacon@toddflaw.com
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard Street, Suite 780
Woodland Hills, California 91367
Phone: (877) 206-4741
Fax: (866) 633-0228

Attorneys for Plaintiff
Seymore Burke, individually and on
behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SEYMORE BURKE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP. dba SPACE X, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-00445-CJC-PJW<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO DISMISS COMPLAINT**<br><br>Judge:       Cormac J. Carney<br>Courtroom:   7C<br><br>Action Filed: 01/21/19<br>Trial Date:   Not set |

1  The stipulation of the Parties is approved.  The entire action is hereby
2 dismissed with prejudice as to all claims alleged by Plaintiff on his own behalf.  The
3 entire action is hereby dismissed without prejudice as to any claims alleged by
4 Plaintiff on behalf of those similarly situated.  All parties shall bear their own
5 attorney's fees and costs.

7  IT IS SO ORDERED.

9 Dated:  April ____, 2019

  _____
  Hon. Cormac J. Carney
  U.S. District Court Judge

PAYNE & FEARS LLP
ATTORNEYS AT LAW
400 CONTINENTAL BOULEVARD, SUITE 600
EL SEGUNDO, CALIFORNIA 90245
(310) 689-1750

-2-   Case No. 2:19-cv-00445-CJC-PJW
[PROPOSED] ORDER APPROVING STIPULATION TO DISMISS COMPLAINT