**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SEYMORE BURKE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP. dba SPACE X, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-00445-CJC-PJW<br><br>**ORDER APPROVING STIPULATION TO DISMISS COMPLAINT**<br><br>Judge: Cormac J. Carney<br>Courtroom: 7C<br><br>Action Filed: 01/21/19<br>Trial Date: Not set |

/ / /

/ / /

/ / /

PAYNE & FEARS LLP
ATTORNEYS AT LAW
400 CONTINENTAL BOULEVARD, SUITE 600
EL SEGUNDO, CALIFORNIA 90245
(310) 689-1750

The stipulation of the Parties is approved. The entire action is hereby dismissed with prejudice as to all claims alleged by Plaintiff on his own behalf. The entire action is hereby dismissed without prejudice as to any claims alleged by Plaintiff on behalf of those similarly situated. All parties shall bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated: April 8, 2019

_____
Hon. Cormac J. Carney
U.S. District Court Judge